**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alfredo SEPULVEDA–IRIBE,
Defendant–Appellant.**

**No. 09–50368.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.\*

Filed March 29, 2011.

James Peter Melendres, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gordon Stewart Brownell, St. Helena, CA, for Defendant–Appellant.

Alfredo Sepulveda–Iribe, Salters, SC, pro se.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM \*\*

Alfredo Sepulveda–Iribe appeals from his jury-trial conviction and 92–month sen-

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sepulveda–Iribe's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief, but no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.